**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | | |
|---|---|---|
| JEFFREY THURLOW, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 2:16-cv-00179-NT |
| v. | ) | |
| | ) | |
| YORK HOSPITAL, | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

**NOW COME** the parties to the above-captioned action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of any and all claims asserted in this action with prejudice and without costs to any party.

DATED: September 18, 2017

/s/ Christopher C. Taintor
Christopher C. Taintor, Esq.
Joshua D. Hadiaris, Esq.
Attorneys for Plaintiff Jeffrey Thurlow
NORMAN, HANSON & DeTROY, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000

DATED: September 18, 2017

/s/ Owen R. Graham
Peter W. Mosseau, Esq., *pro hac vice*
Christopher D. Hawkins, Esq.
Owen R. Graham, Esq., *pro hac vice*
Attorneys for Defendant York Hospital
DEVINE, MILLIMET & BRANCH, PA
111 Amherst Street
Manchester, NH 03101
(603) 669-1000

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to registered ECF users and the following:

Christopher C. Taintor, Esq.
Joshua D. Hadiaris, Esq.
NORMAN, HANSON & DeTROY
Two Canal Plaza, P.O. Box 4600
Portland, Maine 04112-4600
(207) 774-7000

Dated: September 18, 2017

By: /s/ Owen R. Graham

Christopher D. Hawkins, Esquire, Bar # 004047
Peter M. Mosseau, Esquire
(to be admitted, *pro hac vice*)
Owen R. Graham, Esquire
(to be admitted, *pro hac vice*)
Devine, Millimet & Branch, PA
111 Amherst Street
Manchester, New Hampshire 03101
Telephone: 603.669.1000
Facsimile: 603.669.8547
CHawkins@devinemillimet.com